# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-29T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-29T1, F/K/A THE BANK OF NEW YORK | § § § § § § § § § § § § | Civil Action No. 4:17-CV-646 (Judge Mazzant/Judge Nowak) |
| v. | | |
| NEW CENTURY LOAN SERVICING, LLC, ET AL. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 2, 2019, the report of the Magistrate Judge (Dkt. #98) was entered containing proposed findings of fact and recommendations that Plaintiff Bank of New York Mellon, formerly known as the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-29T1, Mortgage Pass-Through Certificates, Series 2006-29T1's Motion for Entry of Default Judgment ("Plaintiff's Motion") against Defendants New Century Loan Servicing, LLC ("New Century") and Arlando Jacobs a/k/a Raymond Donovan, as Trustee for the 2006 HTWYC Loan Trust, 4301 Series Trust ("2006 HTWYC Loan Trust") (Dkt. #77) be granted and that final default judgment be entered for Plaintiff against New Century and the 2006 HTWYC Loan Trust.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Entry of Default Judgment (Dkt. #77) is **GRANTED**, and a final default judgment shall be entered, by separate order, for Plaintiff against Defendants New Century and the 2006 HTWYC Loan Trust.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 26th day of September, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE