# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-29T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-29T1, F/K/A THE BANK OF NEW YORK<br><br>v.<br><br>NEW CENTURY LOAN SERVICING, LLC, ET AL. | § § § § § § § § § § § § § Civil Action No. 4:17-CV-646<br>(Judge Mazzant/Judge Nowak) |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 18, 2019, the report of the Magistrate Judge (Dkt. #105) was entered containing proposed findings of fact and recommendations that Defendant and Cross-Plaintiff Derek and Amanda Real Estate LLC's Motion for Default Judgment (Dkt. #83) and Supplement thereto (Dkt. #95) ("DARE's Motion") against Defendant and Cross-Defendant Arlando Jacobs a/k/a Raymond Donovan ("Jacobs") , individually, and as Trustee for the 2006 HTWYC Loan Trust, 4301 Series Trust ("2006 HTWYC Loan Trust") be granted, and that final default judgment be entered for DARE against Jacobs and the 2006 HTWYC Loan Trust.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that DARE's Motion for Default Judgment (Dkt. #83) and Supplement thereto (Dkt. #95) are **GRANTED**, and a final default judgment shall be entered, by separate order, for DARE against Jacobs and the 2006 HTWYC Loan Trust.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 26th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE